**United States District Court**
For the Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7    THOMAS YURCH,                              No. 4:12-CV-01261 SBA (JCS)

8              Plaintiff(s),                    **NOTICE OF REFERENCE AND ORDER
                                                RE DISCOVERY PROCEDURES**
9         v.

10   SOFT SWITCHING TECHNOLOGIES,
     INC.,
11

12            Defendant(s).
     _____/
13

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15        The above matter has been referred to the undersigned for all discovery matters.  Please be

16   advised that if a specific motion was filed before the District Court **prior to this referral**, the

17   noticed date may no longer be in effect.  All hearing dates are subject to the availability of the

18   Court's calendar.  Please contact the Courtroom Deputy, Karen Hom, at (415) 522-2035, to confirm

19   or, if necessary, reschedule a hearing date.  Regardless of whether the Court reschedules a hearing

20   date, all opposition and reply papers shall be timely filed according to the originally noticed hearing

21   date, pursuant to Civil L. R. 7-7 (d).

22                         LAW AND MOTION PROCEDURES

23        Civil law and motion is heard on Friday mornings at 9:30 a.m., in Courtroom G, 15th Floor,

24   United States District Court, 450 Golden Gate Avenue, San Francisco, California.

25        In the event a **discovery dispute** arises, IT IS HEREBY ORDERED that before filing any

26   discovery motion before this Court, the parties must comply with the following:

27        1.    Lead trial counsel for both parties must meet and confer *in person* regarding the

28              matter(s) at issue.  This meeting shall occur after other efforts to resolve the dispute,

**United States District Court**

For the Northern District of California

1  such as telephone, e-mail, teleconference, or correspondence, have been unsuccessful.

2  Once those efforts have proved unsuccessful, any party may demand a meeting of

3  lead trial counsel to resolve a discovery matter. Such a meeting shall occur within ten

4  (10) calendar days of the demand. The locations of the meetings shall alternate. The

5  first meeting shall be at a location selected by counsel for Plaintiff(s). If there are any

6  future disputes, the next such meeting shall be held at a location to be determined by

7  counsel for Defendant(s), etc.

8  2.  Within five (5) calendar days of the in-person meeting between lead trial counsel

9  referred to above, the parties shall jointly file a detailed letter with the Court, not to

10  exceed five (5) pages without leave of Court, which will include the matters that

11  remain in dispute, a detailed substantive description of each side's position on each

12  such issue, and a description of each side's proposed compromise on each such issue.

13  3.  After the Court has received the joint letter, the Court will determine what future

14  proceedings, if any, are necessary.

15  In the event that the parties continue to be unable to resolve the matters regarding the timing

16  and scope of discovery, the Court will consider what future actions are necessary. These actions

17  may include the following: (1) sanctions against a party failing to cooperate in the discovery process

18  and meet and confer in good faith, as required by this Order, the Federal Rules of Civil Procedure,

19  and the Local Rules of this Court; and/or (2) requiring the Chief Executive Officers of each party to

20  attend the in-person, meet-and-confer sessions described above. The Court is not entering either of

21  these matters as an Order of the Court at this time, and fully expects counsel to meet their

22  obligations under this Order and under the Local Rules.

23  A party or counsel has a continuing duty to supplement the initial disclosure when required

24  under Fed. R. Civ. P. 26(e)(1).

25  Law and motion matters may be submitted without argument upon stipulation of the parties

26  and notification of the Court no later than 4:30 p.m. the day before the hearing. Pursuant to Civil L.

27  R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of the

28  date for service of the opposition. Thereafter, leave of the Court must be sought.

1        All filings of documents relating to motions referred to the undersigned shall list the civil

2   case number and the district court judge's initials followed by the designation "(JCS)".

3                             **ELECTRONIC FILING AND COURTESY COPIES**

4        Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of

5   California for information relating to electronic filing procedures and requirements.  All documents

6   shall be filed in compliance with the Civil Local Rules.  Documents not filed in compliance with

7   those rules will not be considered by the Court.

8        BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC

9   FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE

10   CONFORMED, **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED

11   **"JCS'S CHAMBERS' COPY."**

12        The failure of counsel or a party to abide by this Order may result in sanctions pursuant to

13   Fed. R. Civ. P. 16(f).

14        IT IS SO ORDERED.

15

16   Dated: October 24, 2012

17                          JOSEPH C. SPERO
                                   United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California