Kerry McInerney Freeman (SBN 184764)
  *kmf@millerlawgroup.com*
Jennifer Cotner (SBN 255785)
  *jrc@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
SAI ADVANCED POWER SOLUTIONS, INC.
(F/K/A SOFT SWITCHING TECHNOLOGIES, INC.)

Scott D. Gattey, Esq. (SBN 180875)
  *scott@gatteylaw.com*
Aaron Thacker (SBN 239946)
  *aaron@thethackerlawfirm.com*
GATTEY LAW OFFICE
939 Laurel Street, Suite D
San Carlos, CA  94070
Tel:  (650) 596-7123
Fax:  (866) 371-3491

Attorneys for Plaintiff
THOMAS YURCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS YURCH, an individual, | Case No.: 12 CV-01261 SBA |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER** |
| v. | |
| SOFT SWITCHING TECHNOLOGIES, INC., a corporation, and DOES 1-10, | Complaint filed:  January 25, 2012 |
| Defendants. | |

**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**
**USDC – Northern Case No.: CV-12-01261 SBA**

**STIPULATION**

Plaintiff THOMAS YURCH ("Plaintiff") and Defendant SAI ADVANCED POWER SOLUTIONS, INC. (formerly known as SOFT SWITCHING TECHNOLOGIES, INC.) ("Defendant"), through their respective counsel agree and stipulate to dismiss this entire action with prejudice.  Each party is to bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated:  January ___, 2013        MILLER LAW GROUP
                                 A Professional Corporation


                                 By:_____
                                     Jennifer Cotner
                                     Attorneys for Defendant
                                     SAI ADVANCED POWER SOLUTIONS,
                                     INC. (F/K/A SOFT SWITCHING
                                     TECHNOLOGIES, INC.)

Dated:  January ____, 2013       GATTEY LAW OFFICE


                                 By:_____
                                     Scott D. Gattey
                                     Aaron Thacker
                                     Attorneys for Plaintiff
                                     THOMAS YURCH

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

Dated: __1/10/13                                   _____
                                                                    The Honorable Saundra B. Armstrong
                                                                    UNITED STATES DISTRICT JUDGE

4851-7202-1522, v.  1