1  Kerry McInerney Freeman (SBN 184764)
     *kmf@millerlawgroup.com*
2  Jennifer Cotner (SBN 255785)
     *jrc@millerlawgroup.com*
3  MILLER LAW GROUP
4  A Professional Corporation
   111 Sutter Street, Suite 700
5  San Francisco, CA 94104
   Tel. (415) 464-4300
6  Fax (415) 464-4336

7  Attorneys for Defendant
8  SAI ADVANCED POWER SOLUTIONS, INC.
   (F/K/A SOFT SWITCHING TECHNOLOGIES, INC.)

9
10 Scott D. Gattey, Esq. (SBN 180875)
     *scott@gatteylaw.com*
11 Aaron Thacker (SBN 239946)
     *aaron@thethackerlawfirm.com*
12 GATTEY LAW OFFICE
   939 Laurel Street, Suite D
13 San Carlos, CA  94070
   Tel:  (650) 596-7123
14 Fax:  (866) 371-3491

15 Attorneys for Plaintiff
16 THOMAS YURCH

17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20  THOMAS YURCH, an individual, | Case No.: 12 CV-01261 SBA |
| 21 | |
| 22          Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER** |
| 23  v. | |
| 24 | Complaint filed:  January 25, 2012 |
| 25  SOFT SWITCHING TECHNOLOGIES, INC., a corporation, and DOES 1-10, | |
| 26 | |
| 27          Defendants. | |
| 28 | |

**STIPULATION**

Plaintiff THOMAS YURCH ("Plaintiff") and Defendant SAI ADVANCED POWER SOLUTIONS, INC. (formerly known as SOFT SWITCHING TECHNOLOGIES, INC.) ("Defendant"), through their respective counsel agree and stipulate to dismiss this entire action with prejudice.  Each party is to bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated:  January ___, 2013            MILLER LAW GROUP
                                     A Professional Corporation


                                     By:_____
                                        Jennifer Cotner
                                        Attorneys for Defendant
                                        SAI ADVANCED POWER SOLUTIONS,
                                        INC. (F/K/A SOFT SWITCHING
                                        TECHNOLOGIES, INC.)

Dated:  January ____, 2013           GATTEY LAW OFFICE


                                     By:_____
                                        Scott D. Gattey
                                        Aaron Thacker
                                        Attorneys for Plaintiff
                                        THOMAS YURCH

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

Dated: __1/10/13

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE

4851-7202-1522, v. 1